UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | FILED |
| v. ) | JAN 29 2008 |
| ) | Clerk, U.S. District and Bankruptcy Courts |
| CARLOS DELGADO-GOMEZ, ) | CRIMINAL NO. 05-342-10 (RCL) |
| JOSE HUGO ALVAREZ-LOZANO, ) | CRIMINAL NO. 05-342-15 (RCL) |
| GERARDO TOBON-ROJAS, ) | CRIMINAL NO. 05-342-18 (RCL) |
| Defendants. ) | |

**ORDER**

Upon defendants' oral request and without objection of the Government, defendants shall be held at the Correctional Treatment Facility (CTF).

SO ORDERED.

_____     1/29/08
United States District Judge Royce C. Lamberth         Date