UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS DELGADO-GOMEZ, | ) | CRIMINAL NO. 05-342-10 (RCL) |
| | ) | |
| JOSE HUGO ALVAREZ-LOZANO, | ) | CRIMINAL NO. 05-342-15 (RCL) |
| | ) | |
| GERARDO TOBON-ROJAS, | ) | CRIMINAL NO. 05-342-18 (RCL) |
| | ) | |
| Defendants. | ) | |

FILED
JAN 29 2008
Clerk, U.S. District and Bankruptcy Courts

## ORDER

It is hereby

ORDERED that the Government shall file its proposed groupings of defendants for trial in this case no later than February 8, 2008. Defendants shall file any opposition or comments no later than February 28, 2008. It is further hereby

ORDERED that defendants shall file all motions seeking suppression of evidence obtained via overseas searches and wiretaps no later than February 22, 2008. Any opposition relating to standing, jurisdiction, or justiciability shall be filed no later than March 20, 2008. Replies to such opposition shall be due April 10, 2008. The Court will set a separate schedule for briefing on substantive issues and possible evidentiary hearings.

The Court will hold status conferences and motions hearings for defendants on April 16, 2008 at 2:00 p.m.

SO ORDERED.

_____        __1/29/08__
United States District Judge Royce C. Lamberth        Date