## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **Crim. No. 05 - 342 - 18 (RCL)** |
| ) | |
| ) | |
| **GERARDO TOBON-ROJOS** ) | |

### NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Gerardo Tobon-Rojas, nunc pro tunc to January 28, 2008, pursuant to the Court's appointment under the Criminal Justice Act ("CJA").

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Gerardo Tobon-Rojas

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of appearance is being served electronically upon government counsel and all defense counsel of record this   5th   day of February, 2008.

/s/
Howard B. Katzoff