UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Criminal Case No. 05-342-18 (RCL) |
| ) | |
| **GERARDO TOBON-ROJAS (18)**     ) | |
| a.k.a. "Mateo"     ) | |
| ) | |
| Defendants**.**     ) | |
| _____) | |

### GOVERNMENT'S UNOPPOSED MOTION TO STAY THE COURT'S ORDER GRANTING DEFENDANT'S RELEASE PENDING DETERMINATION OF DEFENDANT'S IMMIGRATION AND CUSTOMS DETAINER STATUS

The United States, by and through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby respectfully moves this Court to Stay the Order Granting Release for Gerardo Tobon-Rojas Pending Determination of Defendant's Immigration and Customs Service (ICE) Detainer Status.

On Tuesday February 5, 2008, the Court granted the Tobon release pending trial. In part, the release was premised upon the Pre-Trial Services Report which stated that Tobon had "green card" residency status. The government learned today that Tobon has a detainer placed upon him by ICE. The government has further learned upon contacting Pre-Trial Services that the statement contain in the Pre-Trial Report attributing "green card" residency status to Tobon was based upon statements from the defendant and his family, not confirm with ICE. The government contacted the D.C. Jail today and learned that because Tobon was granted release in this case and HE has an ICE detainer he is to be placed in ICE custody today pending a deportation proceeding.

Furthermore, the government has been in contact with an attorney David Nestor, who is standing in for Tobon's attorney, Howard Katzoff, who believes that the ICE detainer is based upon faulty information. Mr. Katzoff sent a letter to D.C. Jail records with corrected information. See attached Katzoff's letter.

The government has contacted the ICE agent, whose phone number was given as a point of contact by D.C. Jail, and left a message regarding the facts in this case and asked him to return the call. Consequently, the government has been unable to have ICE confirm Tobon's residency status and the basis for the ICE detainer.

The government is concerned that if Tobon is placed into ICE custody for deportation that upon determination that Tobon has legal residency status he will be released without regard by ICE to the release conditions contained in this Court's Order of Release.

The government has spoken to David Nestor regarding the Government's Motion for a Stay of the Release Order and he is unopposed to the government's motion. Upon the issuance of the Order the parties would request a hearing before the court at its earliest possible time that the Court's docket will allow.

## Conclusion

For all of the foregoing reasons, the Government respectfully requests that the Court grant the Government's Unopposed Motion to Stay the Court's Release Order pending determination of status of Tobon's ICE detainer.

Dated: February 8, 2008

Respectfully submitted

KEN BLANCO, Chief
Narcotics and Dangerous Drug Section

/s/
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

### CERTIFICATE OF SERVICE

I hereby certified that a copy of the forgoing Motion was sent to Howard Katzoff, attorney for Gerardo Tobon-Rojas, via email at katzoffh@aol.com, on February 8, 2008.

/s/
Patrick H. Hearn
Trial Attorney
U.S. Department of Justice