# HOWARD B. KATZOFF
## ATTORNEY AT LAW
### 717 D STREET, N.W.
### SUITE 310
### WASHINGTON, D.C. 20004

TEL: (202) 783-6414                                          FAX: (202) 628-2881

February 7, 2008

ATTN: Records Section
D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

                                      RE:    Gerardo Tobon-Rojas
                                                   DCDC # 317664
                                                     Release Order / Detainer

ATTN: Records Section:

     Please be advised that I represent the above-referenced individual. As you are aware, On February 5, 2008, Judge Lamberth issued a release order directing that my client be released on February 6th in Case No. 05-342. That day I was advised that my client would not be released because there was a detainer lodged by I.C.E. on or about January 24, 2008. The detainer was lodged under the Alien Registration number A 088181874.

     Please be advised that I believe the detainer was issued in error. Apparently my client did not have his green card and was unable to provide his Alien Registration number to the I.C.E. agent when he was extradited into the United States last month. His correct number is A 30 339 558.

     There may be some confusion because his green card was issued under the name Gerardo Tobon, using only his father's name - Tobon. However, the government extradited him to the United States using his full name, including his mother's name, Rojas. Nevertheless, the date of birth (9/14/48) and other identifying information, including his fingerprints, demonstrate that the A 30 339 558 is his correct Alien Registration number, and that he should not be detained under some other number. I am providing this information with the hope that it is helpful in dealing with I.C.E. in this matter.

-2-

Regardless, it is my understanding that I.C.E. has 48 hours to pick him up. If they do not pick him up within that time, then he should be promptly released pursuant to Judge Lamberth's order. Please feel free to contact my office if you need any additional information or assistance in effectuating his release in this case.

As always, your prompt and professional handling of this matter is greatly appreciated.

Sincerely,
/s/
Howard B. Katzoff

HBK/dp
Via Facsimile and U.S. Mail
(202) 698-5744

cc.   Warden's Office