# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )  | |
|                                  )  | |
| Plaintiff,                       )  | |
|                                  )  | |
| v.                               )  | Criminal Case No. 05-342-18(RCL) |
|                                  )  | |
| **GERARDO TOBON-ROJAS (18)**     )  | |
| a.k.a. "Mateo"                   )  | |
|                                  )  | |
| Defendant.                       )  | |
|                                  )  | |

## STAY ORDER

Upon consideration of the Government's Unopposed Motion to Stay the Order Granting Release for Gerardo Tobon-Rojas Pending Determination of Defendant's Immigration and Customs Service (ICE) Detainer Status,

**ORDERED**, that the Government's motion is granted and that the Court's Order granting Gerardo Tobon-Rojas release shall be stayed pending a determination of the status of the ICE detainer currently pending against Gerardo Tobon-Rojas.

Furthermore, the Court shall have a hearing on this matter on _____ day of _____, 2008, _____ a.m./p.m.. The parties are **ORDERED** to appear at that date and time.

_____
Honorable Royce C. Lamberth
United States District Court Judge
District Of Columbia

cc:   Patrick H. Hearn, Trial Attorney
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice

1400 New York Ave., N.W.,
Washington, D.C. 20530
202-305-7606
patrick.hearn@usdoj.gov


Howard Katzoff
attorney for Gerardo Tobon-Rojas
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
202-783-6414
katzoffh@aol.com