UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-18(RCL) |
| ) | |
| GERARDO TOBON-ROJAS (18) ) | |
| a.k.a. "Mateo" ) | |
| ) | |
| Defendant . ) | |
| _____) | |

**FILED**
**FEB 0 8 2008**
Clerk, U.S. District and
Bankruptcy Courts

## STAY ORDER

Upon consideration of the Government's Unopposed Motion to Stay the Order Granting Release for Gerardo Tobon-Rojas Pending Determination of Defendant's Immigration and Customs Service (ICE) Detainer Status,

**ORDERED**, that the Government's motion is granted and that the Court's Order granting Gerardo Tobon-Rojas release shall be stayed pending a determination of the status of the ICE detainer currently pending against Gerardo Tobon-Rojas.

Furthermore, the Court shall have a hearing on this matter on __11 7th__ day of __February__, 2008, __2__ a.m./p.m.. The parties are **ORDERED** to appear at that date and time.

_____
Honorable Royce C. Lamberth
United States District Court Judge
District Of Columbia

cc:    Patrick H. Hearn, Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice

1400 New York Ave., N.W.,
Washington, D.C. 20530
202-305-7606
patrick.hearn@usdoj.gov


Howard Katzoff
attorney for Gerardo Tobon-Rojas
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
202-783-6414
katzoffh@aol.com