UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 05 - 342 - 18 (RCL) |
| ) | |
| ARCHIBOLD-MANNER, et al.  ) | |
| (Gerardo Tobon-Rojas)  ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE SUPPRESSION MOTIONS AND TO RESPOND TO
THE GOVERNMENT MOTIONS AND PROPOSED GROUPINGS
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW, Gerardo Tobon-Rojas, through undersigned counsel, and respectfully requests that this Court grant the defendant an enlargement of time within which to file motions to suppress evidence obtained via overseas searches and wiretaps, and to respond to the government's proposed groupings of defendants for trial and motion to exclude speedy trial time. As grounds for this request defendant states as follows:

1. On or about January 29, 2008, the defendant appeared before this Court for his initial appearance and arraignment. As the Court knows, the case has been proceeding against a number of co-defendants for some time. At the January 29th hearing, the Court advised the defendant that a motions hearing is currently scheduled for April 16, 2008 to address legal issues regarding any motions to suppress evidence obtained via overseas wiretaps and searches; that motions to suppress on those grounds are due on or before February 22, 2008; that the government was required to file its proposed groupings of defendants for trial on or before February 8, 2008; and that the defense oppositions or comments regarding the groupings are due on or before February 28, 2008. A status hearing is scheduled for February 29, 2008.

- 2 -

2. Defendant would note that he has not been provided any discovery to date. Defendant does not know how long the trial is expected to last, or when the Court is trying to schedule the trial. Thus counsel is without sufficient information at this time to file a meaningful response to the government's proposed groupings for trial.[1] Similarly, without discovery, the defendant is unable to file motions addressing the exclusion of time under the Speedy Trial Act ("STA"), or the foreign wiretaps and/or searches.

3. Defendant is therefore requesting that the Court set new filing deadlines in these matters at the upcoming status hearing.

WHEREFORE, for the above stated reasons, defendants respectfully request that the Court grant an enlargement of time within which to file motions to suppress evidence obtained via overseas searches and wiretaps, and to respond to the government's proposed groupings of defendants for trial and motion to exclude speedy trial time, and further that new filing deadlines be set at the status hearing on February 29, 2008.

Respectfully submitted,

_____/s/_____
Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
CJA Counsel for Gerardo Tobon-Rojas

---

[1] Counsel has been advised that the Court and counsel discussed a September 2008 trial for the first group. However, if that is not the case, undersigned counsel would note that he has obligations in June, July, and August which will likely make it impossible to try the case before September 2008. If the defendant is to be tried during the summer, there is likely a need to replace counsel as soon as possible. In any event, counsel is without sufficient information at this time to address the defendant's and/or counsel's position regarding the proposed groupings and requests leave to address the matter when counsel has sufficient information.

## CERTIFICATE OF SERVICE

     I hereby certify that this __22nd__ day of __February__, 2008, a copy of the foregoing Motion For Enlargement of Time To File Suppression Motions and To Respond to Government Motions and Proposed Groupings and Memorandum of Points and Authorities in Support Thereof was electronically served upon government counsel and all defense counsel of record.

                                                      /s/
                                               Howard B. Katzoff