UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**	) | |
| ) | |
| v.	) | **CR. NO. 05 - 342 - 18 (RCL)** |
| ) | |
| **ARCHIBOLD-MANNER, et al.**	) | |
| (Gerardo Tobon-Rojas)	) | |

## ORDER

The Court has considered Defendants' Motion For Enlargement of Time Within Which To File Suppression Motions and To Respond To The Government Motions and Proposed Groupings, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of ____February____, 2008.

ORDERED, that the Defendants' Motion For Enlargement is **GRANTED**,

AND IT IS FURTHER ORDERED that new filing deadlines will be set at the status hearing on February 29, 2008.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

COPIES TO:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Patrick Hearn, Esq.	All defense counsel of record
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005