UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 05 - 342 - 18 (RCL) |
| | ) | |
| **GERARDO TOBON-ROJAS** | ) | |
| | ) | |

**NOTICE OF FILING PROPOSED ORDER**

COMES NOW the Defendant, Gerardo Tobon-Rojas, and respectfully submits the attached proposed Order to vacate the Stay Order (Document 107) filed on or about February 8, 2008.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar# 348292)
717   D Street, N.W.,   Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Gerardo Tobon-Rojas


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing and proposed Order were electronically served on government counsel and all defense counsel of record this   29th   day of   February  , 2008.

/s/
Howard B. Katzoff