## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO. 05 - 342 - 18 (RCL) |
| ) | |
| **GERARDO TOBON-ROJAS**   ) | |
| ) | |

### ORDER VACATING STAY OF RELEASE ORDER

_____The Court has considered the Defendant's Oral Motion to Vacate the Stay Order filed on February 8, 2008 (Document 107), which stayed the release of Gerardo Tobon-Rojas pending further determination of the status of the ICE detainer by this Court, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is this _____ Day of _____, 2008,

**ORDERED** that Defendant's oral motion to vacate the Order (Document 107) staying the release of the defendant in this case is hereby GRANTED, and it is

**FURTHER ORDERED** that Gerardo Tobon-Rojas (DCDC # 317664) shall be released consistent with the Release Order (Document 105) entered on February 5, 2008; and it is

**FURTHER RECOMMENDED** that Immigration and Customs Enforcement (ICE) parole Gerardo Tobon-Rojas under the same conditions of release set in this case; that Gerardo Tobon-Rojas be released directly to the custody of his son, Andres Tobon as ordered in this case; and that Gerardo Tobon-Rojas be directed to report to the Pretrial Services Agency of the United States District Court within 24 hours of his release from ICE custody.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Patrick Hearn, Esq.
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530

Pretrial Services Agency
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

D.C. Jail Records
Facsimile: (202) 698-5744