UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 05 - 342 - 18  (RCL) |
| ) | |
| ) | |
| ARCHBOLD MANNER, et al. ) | |
| (Gerardo Tobon Rojas) ) | |

**ORDER**

The Court has considered Defendant Tobon Rojas' Motion To Reconsider and Revise the Trial Groupings and to Group Him in the Second Trial Group, Memorandum of Points and Authorities In Support Thereof, any opposition thereto, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2008,

ORDERED that defendant Tobon Rojas' Motion To Reconsider and Revise the Trial Groupings and to Group Him in the Second Trial group is hereby GRANTED.

ROYCE C. LAMBERTH
Chief Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Patrick Hearn, Esq.
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005

All defense counsel of record