## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 3 2008

Clerk, U.S. District and
Bankruptcy Courts

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ANTONIO MURILLO-LENIS, | ) | CRIMINAL NO. 05-342-02 (RCL) |
| | ) | |
| RANFER MANUEL RIOS-MERCADO, | ) | CRIMINAL NO. 05-342-03 (RCL) |
| | ) | |
| GARETH DAVITON LEWIS, | ) | CRIMINAL NO. 05-342-05 (RCL) |
| | ) | |
| CARLOS DELGADO-GOMEZ, | ) | CRIMINAL NO. 05-342-10 (RCL) |
| | ) | |
| ENRIQUE OYOLA-ROPERO, | ) | CRIMINAL NO. 05-342-12 (RCL) |
| | ) | |
| SERGIO RENE DE MARTINI-TAMAYO, | ) | CRIMINAL NO. 05-342-14 (RCL) |
| | ) | |
| JOSE HUGO ALVAREZ-LOZANO, | ) | CRIMINAL NO. 05-342-15 (RCL) |
| | ) | |
| JAIME HERNAN GUTIERREZ-DIAZ, | ) | CRIMINAL NO. 05-342-16 (RCL) |
| | ) | |
| GERMAN VILLEGAS-MEJIA, | ) | CRIMINAL NO. 05-342-17 (RCL) |
| | ) | |
| GERARDO TOBON-ROJAS, | ) | CRIMINAL NO. 05-342-18 (RCL) |
| | ) | |
| FERNANDO ZAPATA-BERMUDEZ, | ) | CRIMINAL NO. 05-342-19 (RCL) |
| | ) | |
| JUAN EDUARDO PEREZ-RINCON, | ) | CRIMINAL NO. 05-342-24 (RCL) |
| | ) | |
| ALFREDO LUIS PERALTA-CARRILLO, | ) | CRIMINAL NO. 05-342-25 (RCL) |
| | ) | |
| Defendants. | ) | |

## ORDER

Following this Court's status conference of June 12, 2008, it is hereby

ORDERED that any motion to suppress evidence shall be filed no later than July 7, 2008. Oppositions shall be filed no later than July 23, 2008. The Court will hold hearings on these motions on August 14, 2008 at 2:00 p.m. for defendants Perez-Rincon (24) and Delgado-Gomez (10), and at 10:00 a.m. for any other defendant filing a motion to suppress. It is further hereby

ORDERED that the government shall respond to defendant Perez-Rincon's (24) motion [155] for Discovery and for a Bill of Particulars no later than June 19, 2008. It is further hereby

ORDERED that the Court shall hold a hearing on defendant Gareth Daviton Lewis's (5) motions [112] to dismiss and [113] to suppress evidence on July 24, 2008 at 2:00 p.m. Defendant Jaime Hernan Gutierrez-Diaz (16) has joined in part defendant Lewis's motion to dismiss. Accordingly, defendant Gutierrez-Diaz will participate in the July 24, 2008 hearing. It is further hereby

ORDERED that counsel for defendant Alvarez-Lozano (15) shall file a motion on behalf of all defendants no later than June 27, 2008 addressing three areas of concern common to defendant Alvarez-Lozano and his co-defendants:

(1) Early government disclosure of:

(A)  Identity of informants pursuant to *Roviaro v. United States*, 353 U.S. 53 (1957);

(B)  Agreements not to prosecute witnesses in exchange for witness testimony pursuant to *Giglio v. United States*, 405 U.S. 150 (1972); and,

(C)  Intent to use evidence of other crimes, wrongs, or acts in accordance with Federal Rule of Evidence 404(b).

2

(2) Defendants' request to compel the government to produce all Jencks Act material in its original language and to provide access to the relevant U.S. agent for the purpose of impeachment if necessary.

(3) Defendants' request that the government produce a schematic of interrelatedness of this case that will enable counsel to approach statements produced in discovery with the knowledge of which statements will be used against which defendants.

SO ORDERED.

_____            _____
Chief Judge Royce C. Lamberth                        Date

3