FILED

JUL 1 0 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :          Crim. No. 05-342-03,
                                  :          12, 15, 17, 18, 19
                                  :           (RCL)
                                  :
ARCHBOLD-MANNER et. al.,          :
(Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12),
Jose Alvarez-Lozano (15), German Villegas-Mejia (17),
Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19)

## ORDER

Upon consideration of Defendants' Consent Motion To Extend Time to File

Pretrial Motions, and the entire record in this case, it is hereby this ___/0ᵗʰ___ day of

July, 2008,

        **ORDERED,** that the defendants' motion be **GRANTED**; and is further

        **ORDERED,** that the deadline for the filing of pretrial motions shall be extended

until July 16, 2008.

_____
**ROYCE C. LAMBERTH, JUDGE**
United States District Court
for the District of Columbia