**EXHIBIT B**

13



LAW ENFORCEMENT SENSITIVE