UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-342-18 (RCL) |
| ) | |
| **ARCHBOLD-MANNER, et al.** ) | |
| **Gerardo Tobon-Rojas (18)** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT TOBON ROJAS' RESPONSE TO GOVERNMENT'S
MOTION FOR EXTENSION OF TIME AND NEW MOTIONS HEARING**

The above-named defendants, by and through their undersigned counsel, respectfully files this response to the government's motion for extension of time and new motions hearing. The purpose of this response is to clarify the defendant's position, and to try to preserve the August 14th court hearing.

1. Earlier today (July 24, 2008) undersigned counsel was contacted on his cell phone by Ms. Dowless, a representative from Mr. Hearn's office. Since counsel was driving to court, the conversation was short and counsel did not understand that he was consenting to a government request to move the motions hearing to a date in September.

2. Counsel understood that Mr. Hearn was requesting an extension of time (which counsel mistakenly understood to be a week, rather than three weeks), and that the extension might make it necessary to move the motions hearing from August 14th to a date the following week. Counsel readily consented to the government's request for an enlargement to time to file; and consented to moving the motions hearing (presumably to the week of August 18th), if necessary. However, there was no discussion with Ms. Dowless about counsel's position if the

matter could not be re-scheduled the following week, and counsel expected that he would be contacted if there was a need to discuss other possible dates.

3. Counsel has since learned, as represented in the government's motion, that at least one of the other defense counsel is unavailable the last two weeks of August. Therefore, the government is now asking that the motions hearing be re-scheduled in September. Undersigned counsel believes that such a continuance may be problematic. Thus, if the motions hearing can not be re-scheduled in August, counsel believes it makes more sense either to try to keep the current motions hearing date, and set a new briefing schedule which will permit the motions hearing to stand; or in the alternative to convert the August 14th hearing to a status hearing, so that outstanding discovery issues can still be addressed at that time.[1]

Wherefore, counsel respectfully requests that the court consider a possible middle ground in this matter - either granting the government a slightly shorter enlargement of time to file its oppositions and responses, but one which will not require the motions hearing to be moved, or converting the motions hearing to a status hearing so that outstanding discovery issues can still be addressed on August 14th.

Respectfully submitted,

/s/
Howard B. Katzoff  Bar No. 348292
717 D Street, N.W., Suite 310
Washington, D.C.  20004
(202) 783-6414
On Behalf of Gerardo Tobon Rojas

---

[1] Counsel would note that discovery issues and concerns are the focus of a number of the defense motions in the case.

**CERTIFICATE OF SERVICE**

I certify that on this  24th   day of      July     ,  2008, a copy of the foregoing response to the Government's Motion for Extension of Time and New Motions hearing has been served electronically upon Patrick Hearn, Esquire, Department of Justice, and upon all defense counsel of record.

_____
Howard B. Katzoff