AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

       Plaintiff(s)     )
                                 )    **APPEARANCE**
                                 )
           vs.                 )    CASE NUMBER    CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al  )
                                 )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
                                     (Attorney's Name)

case for:  United States of America
               (Name of party or parties)


August 14, 2008                               */s/ Teresa A. Wallbaum*
Date                                            Signature

                                            Teresa A. Wallbaum
Illinois # 6211941                         Print Name
BAR IDENTIFICATION
                                          1400 New York Ave, NW
                                          Address

                                          Washington, DC 20530
                                          City        State        Zip Code

                                          (202) 616-5193
                                          Phone Number