

Exhibit B — Operation Mountain Mist 2006 — Law Enforcement Sensitive